IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

      Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC,

      Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING
CONFERENCE

---

After review of the Unopposed Motion to Vacate and Reset October 22, 2010 Scheduling

Conference, filed October 13, 2010 [10], it is

ORDERED that the motion is granted and the October 22, 2010 Scheduling Conference is

vacated and reset for **November 10, 2010 at 2:00 p.m.** in the Conference Room, Second Floor, the Byron

White United States Courthouse, 1823 Stout Street, Denver, Colorado.   The proposed order (original

only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 4, 2010.**

Dated: October 14th , 2010

                        BY THE COURT:


                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge