IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

    Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC,

    Defendant.

---

ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER REGARDING TELEPHONIC DEPOSITIONS

---

On March 17, 2011, the defendants filed a motion for a protective order regarding telephonic depositions proposed by plaintiff. The plaintiff filed a response, agreeing that the oath to be given to the deponent be given by a notary public at the location of the deponent. That is insufficient to meet the objections of the defendants. The Court agrees that the depositions should be recorded by a court reporter in the same room as the deponent. Accordingly, it is

    ORDERED that the defendants' motion for protective order is granted.

    Dated: March 18th, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge