IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

    Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC,

    Defendant.

---

ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT

---

On March 2, 2011, the plaintiff filed a Motion to File First Amended Complaint to add allegations of retaliation for support of Sharon Hunter in her litigation as additional support for his claim of retaliation as a reason for termination of his employment.  The defendant has objected, asserting that the motion to amend is untimely and futile.  The plaintiff filed his response on April 15, 2011.  The delay in pursuing this additional basis for alleging retaliation results from the actions of the EEOC.  If some alteration of the discovery schedule is necessary because of this allegation, the Court will consider it.  Denial of the motion to amend would likely result in the need for the plaintiff to file an additional civil action which would be contrary to proper administration of civil litigation.  It is

ORDERED that the motion to amend is granted and the amended complaint tendered therewith is ordered filed.

Dated: April 18th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge