IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

    Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC,

    Defendant.

---

ORDER GRANTING MOTION FOR TIME TO RESPOND TO MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA *DUCES TECUM*

---

Upon consideration of Defendants' Motion for Time for Bachus & Schanker to File Response to Motion to Compel Compliance with Subpoena *Duces Tecum* [33] filed May 13, 2011, it is

ORDERED that the motion is granted and on or before May 31, 2011, Bachus & Schanker LLC may respond to Defendants' Motion to Compel Compliance with Subpoena *Duces Tecum*.

Dated: May 16th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge