**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 29, 2011
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No.  10-cv-01656-RPM

ADAM WEIBEL,                                                John R. Olsen

     Plaintiff,

v.

FFS, HOLDING LLC,
FARMERS FINANCIAL SOLUTIONS, LLC.,                          Brett C. Painter

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**9:56 a.m.        Court in session.**

Mareen L. Johnson present for the Law Offices of Bachus and Shankus.

Court's preliminary remarks.

9:58 a.m.     Argument by Mr. Olsen.
               Mr. Olsen states he has disclosed all documents is plaintiff's possession.

9:59 a.m.     Argument by Mr. Painter [21], [40] and [22].

10:05 a.m.    Further argument by Mr. Olsen.
Mr. Olsen states plaintiff anticipates filing bankruptcy in Arizona.

10:13 a.m.    Statements by Ms. Johnson.

**ORDERED:    Bachus and Schanker to provide transcript of plaintiff's deposition.**

**Court instructs Mr. Olsen to file a definitive statement of damages claimed by plaintiff and produce requested medical records as discussed in court.**

July 29, 2011
10-cv-01656-RPM

**Mr. Olsen states he will file a formal pleading dismissing plaintiff's state law contract claim but still intends to pursue the promissory estoppel claim.**

**ORDERED:** **Defendants' Motion to Compel Plaintiff's Discovery Responses, filed 4/12/2011 [21], is resolved.**

**ORDERED:** **Motion to Compel Compliance with Subpoena *Duces Tecum*, filed 4/12/2011 [22],** is **resolved.**

**ORDERED:** **Defendants' Unopposed Motion for Extension of Discovery Cutoff and Dispositive Motions Deadline as a Result of Outstanding Discovery Issues, filed 6/24/2011 [38], is granted.  Discovery cutoff (60 days) September 27, 2011 and dispositive motions deadline (80 days) October 17, 2011.**

**ORDERED:** **Motion to Compel Responses to Defendants' Second Set of Requests for Production of Documents to Plaintiff, filed 6/27/2011 [40], is resolved.**

**10:24 a.m.** **Court in recess.**

Hearing concluded.  Total time: 28  min.