**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | November 4, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No.  10-cv-01656-RPM

ADAM WEIBEL,                                                                                    John R. Olsen

     Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC. and                          Brett C. Painter
FFS, HOLDING LLC,

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**9:58 a.m.         Court in session.**

Court's preliminary remarks.

**ORDERED:     Plaintiff's Unopposed Motion to Dismiss Contract Claim [50], is granted.**

Mr. Olsen states there is no objection to the taking of the deposition of Linda Gunther,

**ORDERED:     The deposition of Linda Gunther shall be taken at a time to be determined [43].**

Argument by Mr. Olsen.
Mr. Olsen states he is considering withdrawing the promissory estoppel claim.
Mr. Olsen contends further deposition of the plaintiff should be by telephone.

Argument by Mr., Painter.

Further argument by Mr. Olsen (damages).
Mr. Olsen states he agrees to the taking of the deposition of Dr. Burke.

Further argument by Mr. Painter (damages).

November 4, 2011
10-cv-01655-RPM

**ORDERED:**   **Additional deposition of the plaintiff is permitted by telephone and limited to the scope as stated on record.**

**ORDERED:**   **Dr. Burke's deposition shall be taken.**

**ORDERED:**   **Pretrial conference scheduled January 13, 2012 at 3:00 p.m.**

Plaintiff will respond to the motion for summary judgment [48].

**ORDERED:**   **Defendants' Motion to Compel Plaintiff's Deposition, for Leave to Depose Linda Gunther, and for Extension of Discovery Cut-Off for the Limited Purposes of Completing Depositions [43], is granted in part and denied in part as ruled on record.**

**10:20 a.m.**   **Court in recess.**

Hearing concluded.  Total time: 22  min.