IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

    Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC and
FFS HOLDING, LLC.

    Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    Pursuant to today's hearing, it is

    ORDERED that a pretrial conference is scheduled for **January 13, 2012, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on January 9th, 2012.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

    DATED:  November 4th, 2011

                                                            BY THE COURT:

                                                            s/Richard P. Matsch
                                                            _____
                                                            Richard P. Matsch, Senior District Judge