IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

      Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC, and
FFS HOLDING, LLC,

      Defendants.

## ORDER SETTING TRIAL DATE

Pursuant to the pretrial conference convened January 13, 2012, it is

ORDERED that this matter is set for trial to jury on **June 18, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that counsel shall submit a proposed pretrial order in paper form directly to chambers no later than **4:00 p.m. on February 6, 2012.**

Dated: January 17th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge