IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

    Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC, and
FFS HOLDING, LLC,

    Defendants.

---

ORDER DISMISSING SECOND, THIRD, FOURTH, FIFTH, SIXTH AND SEVENTH CLAIMS
FOR RELIEF IN FIRST AMENDED COMPLAINT

---

The First Amended Complaint was filed on April 18, 2011, pursuant to this Court's order of that date. On October 17, 2011, the defendants filed a motion for partial summary judgment seeking judgment of dismissal on all claims other than the first claim for relief and for retaliation as to that first claim. The plaintiff has previously conceded his claims for breach of contract in the Fourth Claim for Relief and for promissory estoppel in the Fifth Claim for Relief. On January 18, 2012, the plaintiff filed an unopposed motion to dismiss the Third Claim for Relief, claiming wrongful discharge because of his application for worker's compensation benefits. On November 25, 2011, the plaintiff filed a partial confession of and partial opposition to the defendants' motion for partial summary judgment. The defendants filed their reply on January 13, 2012.

Upon review of these papers, the Court finds and concludes that the First Claim for Relief for violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.,* by the termination of employment on July 21, 2009, includes a failure to accommodate

and retaliation for his absences.  The Court also finds and concludes that the plaintiff has failed to show sufficient evidentiary support linking his termination to his participation in the separate civil action filed by Sharon Hunter, the basis for the Sixth Claim for Relief.  The plaintiff has also failed to show evidentiary support for his claim for a violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.,* in the Seventh Claim for Relief and has not exhausted his administrative remedies by failing to assert a violation of the Colorado Anti-Discrimination Act in the charge filed with the Colorado Civil Rights Division which only references the Americans with Disabilities Act.  The Second Claim for Relief therefore should be dismissed.  Upon the foregoing, it is

ORDERED that the second, third, fourth, fifth, sixth, and seventh claims for relief are dismissed and the trial to begin June 18, 2012, will be limited to the First Claim for Relief in the First Amended Complaint, which shall include retaliation, discrimination and failure to accommodate disability in violation of the Americans with Disabilities Act.

Dated: April 16th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge