IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01656-RPM

ADAM WEIBEL,

      Plaintiff,

v.

FARMERS FINANCIAL SOLUTIONS, LLC, and
FFS HOLDING, LLC,

      Defendants.

---

ORDER TO SET PRETRIAL CONFERENCE

---

      The Court having now dismissed all but the First Claim for Relief in the First Amended Complaint, the proposed final pretrial order submitted by the parties after the pretrial conference on January 13, 2012, is not sufficient and a new pretrial conference will be necessary at a time to be scheduled after consultation with counsel.

      Dated: April 16th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge